CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 21 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| ANTHONY L. COOK,<br>　　Plaintiff, | Civil Action No. 1:10cv00033 |
| v. | ORDER |
| CAROLYN W. COLVIN,[1]<br>**Commissioner of Social Security**,<br>　　Defendant. | By: JAMES P. JONES<br>UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report filed September 27, 2013, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorney's fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $4,070.50; and

3. Plaintiff's counsel shall refund to Cook the $1,281.25 previously awarded pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: October 21, 2013.

　　　　　　　　　　　　　　　　　　/s/ James P. Jones
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Federal Rules of Civil Procedure Rule 25(d), Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.